## JAMES M. HUGHES v. MINNEAPOLIS STREET RAILWAY COMPANY.[1]

### July 9, 1920.

### No. 21,719.

**Case followed.**

Action in the district court for Hennepin county to recover $4,000 for loss of services of plaintiff's minor son and $1,647.75 for medical and surgical services. The case was tried before Leary, J., who denied defendant's motions for a directed verdict, and a jury which returned a verdict for $2,000. Defendant's motion for judgment notwithstanding the verdict was granted. From the judgment entered pursuant to the order for judgment, plaintiff appealed. Reversed.

*Kingman, Cross & Cant,* for appellant.
*R. T. Boardman* and *W. D. Dwyer,* for respondent.

PER CURIAM.

This action was brought by plaintiff in his own behalf to recover damages on account of the injury to his son Theodore R. Hughes which was the subject of the action of James M. Hughes as father of Theodore R. Hughes against this same defendant. Plaintiff had a verdict and the court gave judgment notwithstanding the verdict. From the decision in that case supra, page 268, 178 N. W. 605, it follows that the judgment in this case must be reversed. No motion for a new trial was made. Leave should now be given to defendant to move for a new trial, if it desires to do so.

Reversed.

[1]Reported in 178 N. W. 607.